**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Santa Maria Bonillas,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan; et al.,<br><br>　　　　Respondents. | No. CIV 13-2563-TUC-CKJ (LAB)<br><br>**ORDER** |

Pending before the court is the petitioner's motion to order release of files, which was filed on July 14, 2014. (Doc. 18)

The petitioner, Angel Santa Maria Bonillas, filed in this court a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He moves that this court order his former attorneys to release their files to him. He argues the files are "necessary for my reply." (Doc. 18)

Unlike a party to an ordinary civil action, a habeas petitioner is not entitled to discovery as a matter of course. Rule 6(a) of the Rules Governing § 2254 cases permits discovery "only in the discretion of the court and for good cause shown." *Rich v. Calderon*, 187 F.3d 1064, 1068 (9th Cir.1999), *cert. denied*, 528 U.S. 1092. Good cause exists "where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief." *Bracy v. Gramley*, 520 U.S. 899, 117 S.Ct. 1793 (1997).

Moreover, a court considering a habeas corpus petition is ordinarily limited to the record that was before the state court when the petitioner's original claims were denied. *See Cullen v. Pinholster*, __U.S. __ , 131 S.Ct. 1388 (2011). Accordingly, it does not appear at this time that additional discovery would affect Bonillas's entitlement to relief.

IT IS ORDERED that the petitioner's motion to order release of files, which was filed on July 14, 2014, is DENIED. (Doc. 18)

DATED this 21st day of August, 2014.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge